## IN THE MATTER OF DAVIS.
### (SUPREME COURT DISCIPLINARY NO. 267)

PER CURIAM.

Davis was convicted of the offense of theft by conversion on June 20, 1978, and sentenced to a term of imprisonment and probation by the Superior Court of Richmond County. His sentence was appealed to the Court of Appeals, and pending final determination thereof, he filed a petition for voluntary suspension. On February 6, 1980, this Court entered an order of suspension under the provisions of Rule 4-106 of the Rules and Regulations of the State Bar of Georgia.

Thereafter, his conviction was affirmed by the Court of Appeals, and Davis filed a petition for voluntary surrender of his license in view of the foregoing.

The State Disciplinary Board recommends that the petition be accepted.

The voluntary surrender of license by a lawyer is the equivalent of disbarment. The petition is granted, under the conditions that Davis shall be re-admitted to the State Bar of Georgia only upon compliance with the reinstatement rules in effect at the time any such petition be filed.

*Petition granted. All the Justices concur.*

DECIDED OCTOBER 6, 1982.

*Omer W. Franklin, Jr., General Counsel State Bar, Viola L. Sellers, Assistant General Counsel State Bar,* for State Bar of Georgia.

Prentiss I. Davis, *pro se.*